UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lamar Brown, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>   -against-<br><br>Sotheby's, Inc.,<br><br>         Defendant. | 1:22-cv-04799 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  This case has been assigned to me for all purposes. It is hereby:

  ORDERED that, within thirty (30) days of the date of this Order, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of the date of this Order), the parties must submit a joint letter informing the Court whether the parties have settled.  If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

Dated: October 14, 2022
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge