UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

SOTHEBY'S, INC.

                Defendant.

Case No.  1:22-cv-4799

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
            December 13, 2022

                                  Respectfully Submitted,

                                  **/s/ Mars Khaimov**
By:    Mars Khaimov, Esq.
        108-26 64th avenue, Second Floor
        Forest Hills, New York 11375
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*

This action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice and without costs, disbursements, or attorneys' fees.

Dated:  December 14, 2022    SO ORDERED
           New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge